1  NICOLE A. DILLER (State Bar No. 154842)
   ANDREW C. SULLIVAN (State Bar. No. 226902)
2  MORGAN, LEWIS & BOCKIUS LLP
   One Market, Spear Street Tower
3  San Francisco, California 94105
   Telephone: (415) 442-1000
4  Facsimile: (415) 442-1001

5  Attorneys for Defendants

8            UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

12 | ROGER GRAEBER,                          | Case No. C 05 1124 CRB
   |            Plaintiff,                   |
13 |                                         |
   |     vs.                                 | **STIPULATION RE FILING OF CROSS-MOTIONS FOR SUMMARY JUDGMENT**
14 |                                         |
   | THE HEWLETT PACKARD COMPANY             |
15 | EMPLOYEE BENEFITS ORGANIZATION          |
   | INCOME PROTECTION PLAN, HEWLETT         |
16 | PACKARD COMPANY INCOME                  |
   | PROTECTION PLAN, HEWLETT                |
17 | PACKARD COMPANY DISABILITY              |
   | PLAN, AGILENT TECHNOLOGIES INC.         |
18 | INCOME PROTECTION PLAN, AGILENT         |
   | TECHNOLOGIES, INC. DISABILITY           |
19 | PLAN, HEWLETT PACKARD COMPANY,          |
   | HEWLETT PACKARD COMPANY                 |
20 | EMPLOYEE BENEFITS ORGANIZATION,         |
   | AND AGILENT TECHNOLOGIES, INC.          |
21 |                                         |
   |            Defendants.                  |

23  Plaintiff Roger Graeber and Defendants Agilent Technologies, Inc. ("Agilent"), Agilent
24  Technologies, Inc. Disability Plan, the Agilent Technologies, Inc. Income Protection Plan,
25  Hewlett Packard Company, the Hewlett Packard Company Disability Plan, the Hewlett Packard
26  Company Employee Benefits Organization Income Protection Plan, and the Hewlett Packard
27  Company Employee Benefits Organization agree and stipulate, and respectfully request the Court
28  to order, as follows:

1-SF/7307204.1                               1

1     WHEREAS Plaintiff's counsel has been ill for approximately one to two weeks;

2     NOW, THEREFORE, it is stipulated and agreed by and between Plaintiff and Defendants that:

    1. The last day for the parties to file their respective cross-motions for summary judgment shall be moved from October 31, 2005 to November 7, 2005.

    2. The date previously agreed-upon for the filing of response briefs, November 22, 2005, shall remain the same, and the hearing date of December 9, 2005, shall also remain the same.

**IT IS SO STIPULATED:**

Dated: October 25, 2005      By:      /s/
    Robert B. Nichols
    Attorney for Plaintiff

Dated: October 25, 2005      By:      /s/
    Nicole A. Diller
    Andrew C. Sullivan
    Morgan, Lewis & Bockius, LLP
    Attorneys for Defendants

[~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: <u>October 27</u>, 2005

    Honorable Charles R. Breyer
    United States District

[APPROVED — Judge Charles R. Breyer — UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA seal]

1-SF/7307204.1      2