IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER GRAEBER,<br><br>        Plaintiff,<br><br>    v.<br><br>THE HEWLETT PACKARD COMPANY<br>EMPLOYEE BENEFITS ORGANIZATION<br>INCOME PROTECTION PLAN, et al.,<br><br>        Defendants.<br>                                                              / | No. C 05-01124 CRB<br><br>**ORDER RE: ADDITIONAL BRIEFING** |

In this ERISA action plaintiff challenges the termination of his long-term disability benefits. The Plan terminated plaintiff's benefits because the Plan Administrator determined that plaintiff could work part-time at various occupations and therefore was not Totally Disabled. A primary issue in this dispute is whether plaintiff's alleged ability to work part-time necessarily means that he is not Totally Disabled. In its memoranda, the Plan contends that it provides partial disability benefits only for the first 52-weeks of disability and only through "Transitional Return to Work." Plan, § 5(g). As plaintiff pointed out during oral argument, however, the Plan appears to provide for partial disability payments in section 5(h) and 5(i), and these partial payments are not on their face limited to the first 52 weeks of disability.

Accordingly, on or before February 10, 2006, defendants shall file a memorandum,

not to exceed five pages, which addresses sections 5(h) and (i) of the Plan.  The memorandum shall also address the question the Court posed at oral argument; namely, how the information CorVel evaluated in October 2001 when it concluded that plaintiff was totally disabled, differed from the information it evaluated in February 2002 when it came to the contrary conclusion.  Plaintiff may file a response, not to exceed five pages, on or before February 17, 2006.

**IT IS SO ORDERED.**

Dated: February 2, 2006

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE