**FILED**

JUL 0 2 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 24 2008

MOLLY C. DWYER, CLERK OF COURT
U.S. COURT OF APPEALS

| | |
|---|---|
| ROGER GRAEBER,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>THE HEWLETT PACKARD INCOME PROTECTION PLAN; THE AGILENT TECHNOLOGIES INCOME PROTECTION PLAN; AGILENT TECHNOLOGIES INC.; VOLUNTARY PLAN ADMINISTRATORS; HEWLETT PACKARD COMPANY EMPLOYEE BENEFITS ORGANIZATION; HEWLETT PACKARD COMPANY EMPLOYEE BENEFITS ORGANIZATION INCOME PROTECTION PLAN HEWLETT PACKARD COMPANY DISABILITY PLAN; AGILENT TECHNOLOGIES, INC. DISABILITY PLAN; HEWLETT PACKARD COMPANY,<br><br>Defendants - Appellees. | No.  06-15749<br>D.C. No.  CV-05-01124-CRB<br>Northern District of California, San Francisco<br><br>**MANDATE** |

The judgment of this Court, entered 06/02/2008, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court

By: Theresa Benitez
Deputy Clerk